McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
88 Pine Street, 24th Floor
New York, New York  10005
Attorneys for Plaintiff,
Garden State Life Insurance Company

By:_____
       Randi F. Knepper

| | |
|---|---|
| GARDEN STATE LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>CARLOS PEREZ OLIVO and<br>THE ESTATE OF PEGGY HALL,<br><br>             Defendants. | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>:<br>:<br>: CIVIL ACTION NO.:  07-cv-10449(BSJ)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CIVIL ACTION – ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT

The above entitled cause having come before the Court upon the application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for plaintiff, Garden State Life Insurance Company, to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure, and the Court having considered the application;

**NOW THEREFORE**, it is on this 12th day of December, 2007

**ORDERED** that the motion to Deposit a Sum of Money with the Court shall be, and is hereby, granted; and it is further

**ORDERED** that such sum, to wit, $103,760.27, be deposited by the Clerk into the Registry of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest-bearing account; and it is further

**ORDERED** that the sum so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

**ORDERED** that the Clerk shall deduct a fee for the handling of the funds, as authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office at equal to ten percent (10%) of the income earned for deduction in the investment so held and without further order of the Court; and it is further

**ORDERED** that a certified copy of this Order shall be served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

/s/ Barbara S. Jones
U.S.D.J.
December 12, 2007

1015644
G4467-1004

2